UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAMSON BENDER,

    Plaintiff,

v.                                        Case No. 8:24-cv-2959-WFJ-NHA

UNITED STATES OF AMERICA, *et al.*,

    Defendants.
_____/

## ORDER

Before the Court is Plaintiff's amended complaint (Dkt. 5). The United States Magistrate Judge issued a thorough report recommending that the case be dismissed without prejudice for failure to pay a filing fee or timely file a motion to proceed without payment of the fee. Dkt. 6. Plaintiff filed objections and various submissions. Dkts. 7, 8, 9.

When a party makes timely and specific objections to the report and recommendation of the magistrate judge, the district judge shall conduct a *de novo* review of the portions of the record to which objection is made. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Jeffrey S. State Bd. of Educ. of State of Ga.*, 896 F.2d 507, 512 (11th Cir. 1990). After such independent review, the Court may accept, reject, or modify the magistrate judge's report and recommendation. 28

U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Macort v. Prem., Inc.*, 208 F. App'x 781, 783–84 (11th Cir. 2006) (citing published opinion).

The Magistrate Judge acknowledged that Plaintiff timely filed an amended complaint but failed to otherwise comply with the Court's prior orders at dockets 3 and 4.  Dkt. 5.  The Court cautioned that failure to either paying the filing fee or file a new motion to proceed without payment of same would result in dismissal of this case without prejudice.  Plaintiff's objections address his age and pain and suffering.  Having conducted a *de novo* and independent review of the file, with specific attention to each objection lodged by Plaintiff, and for the sound reasons explained in the Report and Recommendation, the Court rules as follows:

1. Plaintiff's objections (Dkt. 7, 8, 9) are overruled and denied.

2. The Report and Recommendation (Dkt. 6) is adopted, confirmed, and approved in all respects and made a part of this order.

3. This action is dismissed without prejudice.

4. The Clerk is directed to terminate any pending motions and to close the case.

**DONE AND ORDERED** at Tampa, Florida, on February 6, 2025.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

<u>**COPIES FURNISHED TO:**</u>  Plaintiff, *pro se*